IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BONIFACIO SANCHEZ,

    Plaintiff,

v.        No. CV 17-543 CG

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
Social Security Administration,

    Defendant.

## ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on the parties' *Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act*, (Doc. 22), filed June 28, 2018, in which the parties stipulate to an award of $5,000.00 in attorney fees and $400.00 in costs.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $5,000.00 in attorney fees and $400.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES CHIEF MAGISTRATE JUDGE